No. 17,145.

MANVILLE ET AL. *v.* HAMPTON ET AL. AS SCHOOL
BOARD OF DIRECTORS.
(270 P. [2d] 782)

Decided May 3, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion. Mr. Justice Bradfield not participating.

Mr. HAROLD C. GREAGER, for plaintiffs in error.

Mr. GEORGE J. BAILEY, for defendants in error.